AOS

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | |
|---|---|
| **NEWBRIDGE SECURITIES CORPORATION**  **Plaintiff** | **CASE NO:** 2:22-CV-00551 |
| **vs** | **HEARING DATE/TIME:** |
| **CHINA RECYCLING ENGERGY CORPORATION, A DOMESTIC CORPORATION; GUOHUA KU, AN INDIVIDUAL; DOES I THROUGH X, INCLUSIVE; AND ROE ENTITIES I THROUGH X,**  **Defendant** | **DEPT NO:** |

## AFFIDAVIT OF SERVICE

ARANZA AGUILAR being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 12th day of April, 2022 and served the same on the 28th day of April, 2022, at 15:00 by:

serving the servee SMART POWER CORP AKA CHINA RECYCLING ENERGY CORPORATION C/O REGISTERED AGENT NATIONAL REGISTERED AGENTS INC. by personally delivering and leaving a copy at (address) 701 S CARSON ST STE 200, CARSON CITY NV 89701 with ANA GOMES, CLERK pursuant to NRS 14,020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

Pursuant to NRS 53.045

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this __28__ day of __Apr__, __2022__.

*Aranza Aguilar* (signature)

**ARANZA AGUILAR**
**R-095409**

Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068

EP259335 CRONE-NEWBRIDGE

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box