AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NEWBRIDGE SECURITIES
CORPORATION,

                  Plaintiff,

v.

SMART POWERR CORP, f/k/a CHINA
RECYCLING ENERGY
CORPORATION ✚

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00551-JAD-VCF

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Newbridge Securities Corporation against Smart Powerr Corp.

8/31/2022
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk